■ In the Matter of CASEY STAPPENBECK, Respondent, v DEBORAH SITTER, Appellant. [720 NYS2d 857] —Order unanimously affirmed without costs. Memorandum: Family Court's "determination regarding custody * * * based upon a first-hand assessment of the credibility of the witnesses after an evidentiary hearing, is entitled to great weight and will not be set aside unless it lacks an evidentiary basis in the record" (*Matter of Samuel L. J. v Sherry H.*, 206 AD2d 886, *lv denied* 84 NY2d 810). The record supports the court's determination that the best interests of the children would be served by continuing joint custody (*see, Matter of Meres v Botsch*, 260 AD2d 757, 758) and that the primary residence of the children shall be with petitioner. (Appeal from Order of Monroe County Family Court, Miles, J.H.O.—Custody.) Present—Green, J. P., Wisner, Scudder, Burns and Lawton, JJ.

■ In the Matter of MARZETT L., Appellant. MONROE COUNTY ATTORNEY, Respondent. [720 NYS2d 858] —Appeal unanimously dismissed without costs as moot (*see, Matter of Alex N.*, 255 AD2d 626, 627). (Appeal from Order of Monroe County Family Court, Miller, J.—Juvenile Delinquency.) Present—Green, J. P., Wisner, Scudder, Burns and Lawton, JJ.

■ LAURA NEUS, Individually and as Limited Administratrix of the Estate of DANA R. NEUS, Deceased, Respondent, v HIGHLAND HOSPITAL, Appellant. (Appeal No. 2.) [720 NYS2d 858] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also*, CPLR 5501 [a] [1], [2]). (Appeal from Order of Supreme Court, Monroe County, Polito, J.—Set Aside Verdict.) Present—Green, J. P., Wisner, Scudder, Burns and Lawton, JJ.